# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT AUSTIN**                                                                                 **PLAINTIFF**

**v.**                                       Case No. 4:19-cv-00858 KGB

**PUBLIC REPUTATION**
**MANAGEMENT SERVICES, LLC**                                            **DEFENDANT**

## ORDER

Before the Court are plaintiff Robert Austin's notices of dismissal without prejudice (Dkt. Nos. 10, 11). The notices accord with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For good cause shown, the Court adopts the notices of dismissal without prejudice. The Court dismisses without prejudice this action. The Court denies as moot the pending motion to dismiss, transfer, or stay action (Dkt. No. 6).

It is so ordered this 3rd day of March, 2020.

Kristine G. Baker
United States District Judge